IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUFUS KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 3:08-0881 |
| ) | Judge Trauger |
| MARK KING, Health Medical Administrator, ) | Magistrate Judge Griffin |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 18, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 38), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion For Summary Judgment filed by defendants Mark King and Alvashitia Moore (Docket No. 23) and the Motion to Dismiss Or, In The Alternative, For Summary Judgment filed by defendant Larry McNeil (Docket No. 31) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE** in its entirety.

It is so **ORDERED**.

ENTER this 20th day of July 2009.

_____
ALETA A. TRAUGER
U.S. District Judge